# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

vs.

RENEE BAKER, et al.,

    Defendants.

Case No. 3:13-cv-00417-RCJ-WGC

**ORDER**

    The court ordered (#3) plaintiff to pay the filing fee in full, pursuant to 28 U.S.C. § 1915(g). Plaintiff has not complied with the court's order within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to pay the filing fee. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that plaintiff's motion for leave to file a long complaint (#10) is **DENIED** as moot.

    IT IS FURTHER ORDERED that an appeal from the dismissal of this action would not be taken in good faith.

    Dated: This 17th day of January, 2014.

_____
ROBERT C. JONES
Chief United States District Judge