# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

vs.

RENEE BAKER, et al.,

    Defendants.

Case No. 3:13-cv-00417-RCJ-WGC

**ORDER**

    Plaintiff has submitted a motion for a temporary restraining order (#24).  The court denies the motion for two reasons.  First, the court already has dismissed the action for non-payment of the filing fee pursuant to 28 U.S.C. § 1915(g).  Second, plaintiff complains that his nose makes noises, that his belly has a burning sensation, and that his ears are moist.  Plaintiff has not alleged any facts showing the possibility of immediate and irreparable harm.

    IT IS THEREFORE ORDERED that plaintiff's motion for a temporary restraining order (#24) is **DENIED**.

    Dated:       February 18, 2014.

_____
ROBERT C. JONES
United States District Judge