# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO TORRES OCHOA,

    Plaintiff,

vs.

RENEE BAKER, et al.,

    Defendants.

Case No. 3:13-cv-00417-RCJ-WGC

**ORDER**

    Plaintiff has submitted an application to be seen by a doctor outside the prison (#31). This application is moot because the court has dismissed the action for non-payment of the filing fee.

    The court dismissed this action and entered final judgment on January 17, 2014. In the time between entry of judgment and the entry of this order, petitioner has filed no less than twelve notices or motions that have nothing to do with the dismissal of this action. The time to file a motion to alter or amend the judgment has expired. See Fed. R. Civ. P. 59(e). The time to appeal the judgment also has expired. See Fed. R. App. P. 4(a). The court sees no point in continuing to entertain pointless motions in this closed action. Consequently, from this date forward the court will accept only a motion pursuant to Rule 60 of the Federal Rules of Civil Procedure.

    IT IS THEREFORE ORDERED that plaintiff's application to be seen by a doctor outside the prison (#31) is **DENIED**.

///

///

///

-2-

IT IS FURTHER ORDERED that, from this date forward, the clerk of the court shall return unfiled to plaintiff any document that he attempts to file in this action other than a motion pursuant to Rule 60 of the Federal Rules of Civil Procedure.

Dated: April 3, 2014

_____
ROBERT C. JONES
United States District Judge